# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT PILGREEN, an individual, | ) Case No.: 2:12-CV-12-09785 MMM |
| Plaintiff, | ) (JCx) ) |
| v. | ) **STIPULATED PROTECTIVE** ) **ORDER** |
| DIGNITY HEALTH, a California corporation, dba NORTHRIDGE HOSPITAL MEDICAL CENTER; and DOES 1 through 10, inclusive, | ) ) ) ) |
| Defendants. | ) ) |

**ORDER**

Good cause appearing for the issuance of a stipulated protective order, IT IS HEREBY ORDERED that the Stipulated Protective Order shall be, and is hereby, entered with the following modifications:

1. Paragraph VB2 is modified as follows:

    a. The words "or in other pretrial or trial proceedings" are deleted from the first line; and

    b. The words "or proceeding" are deleted from the third and fourth line;

2. Paragraph VIIA is modified as follows:

    a. The phrase "must be filed under seal" is modified to "must be submitted for filing under seal";

    b. The phrase "will be filed under seal" is modified to "will be submitted for filing under seal"; and

    c. At the end of the paragraph, the following sentence is added: "The parties shall also comply with the requirements of the District Judge and Magistrate Judge under the pilot project regarding the submission of Sealed Documents."

3. Paragraph XB is modified as follows: After the words "all persons" in the first line, the following is added: ", other than the Court/Court personnel,".

IT IS SO ORDERED.

DATED: September 11, 2013        _____/s/_____
                                                  Hon. Jacqueline Chooljian